```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RYAN O'DELL,

                Plaintiff,

  -against-

NEW RELIC, INC. et al ,

                Defendants.
------------------------------------------------------------X

**23 Civ. 08507 (PAC)**

**ORDER OF DISMISSAL**

HONORABLE PAUL A. CROTTY, United States District Judge:

The above-entitled action has been on the Court's active docket since September 27, 2023, and there having been no activity since September 28, 2023, it is,

ORDERED, that the above-entitled action is DISMISSED, without prejudice. Either party shall notify the Court in the event this matter should be reinstated. The Clerk of Court is directed to terminate this case.

Dated: New York, New York
         March 26, 2024

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge